FILED: July 2, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1643
(1:19-cv-01854-JKB)

_____

WASHINGTON COUNTY BOARD OF EDUCATION

       Plaintiff - Appellant

v.

MALLINCKRODT ARD, INC., f/k/a Questcor Pharmaceuticals, Inc.; MALLINCKRODT PLC; EXPRESS SCRIPTS HOLDING COMPANY; EXPRESS SCRIPTS, INC.; CURASCRIPT, INC., d/b/a Curascript, SD; PRIORITY HEALTHCARE CORP., d/b/a Curascript SD, d/b/a Curascript Specialty Distribution SD; PRIORITY HEALTHCARE DISTRIBUTION, INC., d/b/a Curascript SD, d/b/a Curascript Specialty Distribution SD; ACCREDO HEALTH GROUP, INC.; UNITED BIOSOURCE CORPORATION

       Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk